AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| James D. Reed and Deborah Reed., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:22-cv-3417 |
| ) | |
| Columbia Gas Transmission, LLC, et al., ) | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  This case is closed.  Judgment is entered on behalf of the defendants pursuant to Doc. [72].
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date:  05/22/2025

*CLERK OF COURT*

s/Denise M. Shane

*Signature of Clerk or Deputy Clerk*